# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MARIA CASTILLO, et al.,**

    **Plaintiffs,**

**v.**                                                                  Case No. 8:06-cv-866-T-30MSS

**BON SECOURS - MARIA MANOR**
**NURSING CARE CENTER, INC., et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised via multiple Stipulations of Voluntary Dismissal With Prejudice (Dkts. #32, #33, #34, #35, #36) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 29, 2007.

                                                                     JAMES S. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-866.dismissal 36.wpd